

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory S. Rideau, Jr. | Civil Action No. 13cv609-MMA-KSC |
| **Plaintiff,** | |
| V. | |
| Gerald J. Janda, L. Scott McEwen, C. G. Butler, Armida Palacio, M. Alverado, P. Alaniz, J. Zamora, J. D. Lozano, and Matthew Cate | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Amended Complaint is Dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b). Because the Court finds further amendment futile, leave to amend is Denied.

Date:   10/21/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/ V. Mosqueda
V. Mosqueda, Deputy